UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MONSANTO COMPANY, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-05152-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *City of San Jose v. Monsanto Company,* 15-cv-03178-EJD.

**IT IS SO ORDERED.**

Dated: November 23, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge