UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>  Plaintiff,<br><br>  v.<br><br>MONSANTO COMPANY, et al.,<br><br>  Defendants. | Case No.  5:15-cv-03178-EJD<br><br>**ORDER FURTHER STAYING CASE; CONTINUING STATUS CONFERENCE**<br><br>Re: Dkt. No. 163 |
| CITY OF OAKLAND,<br><br>  Plaintiff,<br><br>  v.<br><br>MONSANTO COMPANY, et al.,<br><br>  Defendants. | Case No.  5:15-cv-05152-EJD<br><br><br>Re: Dkt. No. 134 |
| CITY OF BERKELEY,<br><br>  Plaintiff,<br><br>  v.<br><br>MONSANTO COMPANY, et al.,<br><br>  Defendants. | Case No.  5:16-cv-00071-EJD<br><br><br>Re: Dkt. No. 126 |

Having considered the parties' Joint Status Report, the Court further STAYS the case until **February 14, 2019**. The status conference set for August 23, 2018 is CONTINUED to **February 14, 2019 at 10:00 a.m.** The parties shall file a joint status report, not to exceed five pages of text, by **February 7, 2019**.

Case Nos.: 5:15-cv-03178-EJD, 5:15-cv-05152-EJD, 5:16-cv-00071-EJD
ORDER FURTHER STAYING CASE; CONTINUING STATUS CONFERENCE
1

1 **IT IS SO ORDERED.**

2 Dated: August 20, 2018

3 _____
EDWARD J. DAVILA
4 United States District Judge

28 Case Nos.: 5:15-cv-03178-EJD, 5:15-cv-05152-EJD, 5:16-cv-00071-EJD
ORDER FURTHER STAYING CASE; CONTINUING STATUS CONFERENCE
2